IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
NORTH CAROLINA
3:22-cv-259



Brandace Jarreau Rosevelt Hopper,

    Plaintiff,

ORDER

State of North Carolina; Lawrence W. Blake; Hutchens Law Firm, LLP; Honorable Frank D. Whitney; Rocket Mortgage LLC; and Elisa Chinn-Gary,

    Defendants.

Plaintiff Hopper has filed a pro se civil case in which a member of the court of the Western District of North Carolina is named as one of the defendants.

The judges of this district have recused themselves from this action. Therefore, the Clerk of Court is to serve this order on the Circuit Executive for the Fourth Circuit for assignment to a visiting judge.

IT IS SO HEREBY ORDERED, this 17th day of June 2022.

_____
Martin Reidinger, Chief
U.S. District Judge