IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:22-cv-00259

FILED
Asheville, NC

JUL 0 6 2022

Clerk, US District Court
Western District of NC

Brandace Jarreau Rosevelt Hopper

v.

State of North Carolina et al

**ORDER**

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to exigencies, the Chief Judge of the Fourth Circuit Court of Appeals has designated and assigned the Honorable Donald C. Coggins, Jr., United States District Judge for the District of South Carolina, to hold a district court in the Western District of North Carolina in the above-captioned civil case. This assignment has created an emergency situation in the Western District of North Carolina due to the unavailability of a Western District of North Carolina magistrate judge to assist Judge Coggins with his work on the case. For this reason, the court certifies the need for assistance from a visiting U.S. magistrate judge from the District of South Carolina, the Honorable Kevin F. McDonald, during the pendency of this case in the court.

**THEREFORE, IT IS ORDERED**, with the concurrence of the Honorable R. Bryan Harwell, Chief Judge of the District of South Carolina, that United States Magistrate Judge Kevin F. McDonald is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c) in the Western District of North Carolina on an as needed basis during the pendency of case No. 3:22-cv-00259, *Brandace Jarreau Rosevelt Hopper v. State of North Carolina et al.*

**Dated this** 6 **day of** July **, 2022**

_____
Honorable Martin K. Reidinger
Chief Judge