# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Brandace Jarreau Rosevelt: Hopper, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00259-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| State of NC | ) | |
| Lawrence W. Blake | ) | |
| Hutchens Law Firm LLP | ) | |
| Elisa Chinn-Gary | ) | |
| Frank D. Whitney | ) | |
| Donald C. Coggins Jr. | ) | |
| Hilton Terry Hutchens | ) | |
| Rocket Mortgage LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2023 Order.

August 21, 2023

Katherine Hord Simon, Clerk
United States District Court